Sallie B. Armstrong, Esq. (NSBN 1243)
Matthew C. Addison, Esq. (NSBN 4201)
Chelsea Latino, Esq. (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone:  (775) 788-2000
sarmstrong@mcdonaldcarano.com
maddison@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Peterson Power Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MANUFACTURING & POWER SYSTEMS, INC., a Florida corporation; ADVANCED MANUFACTURING & POWER SYSTEMS AZ, INC., an Arizona corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants.<br><br>ADVANCED MANUFACTURING & POWER SYSTEMS, INC., a Florida corporation,<br><br>Counterclaimants,<br><br>v.<br><br>PETERSON POWER SYSTEMS, INC., a California corporation; and ZOES 21 through 30, inclusive,<br><br>Counter-Defendants | CASE NO.: 2:20-cv-01670-APG-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIM AND [PROPOSED] ORDER THEREON**<br><br>**(First Request)** |

Plaintiff/Counterdefendant PETERSON POWER SYSTEMS, INC., a California corporation ("Peterson" or "Plaintiff"), and Defendant/Counterclaimant ADVANCED MANUFACTURING & POWER SYSTEMS, INC. ("AMPS Florida" or "Counterclaimant"), by and through their undersigned attorneys, hereby agree that the deadline by which Plaintiff must answer the Counterclaim is extended to January 11, 2021. This is the parties' first request for an extension of time and is not intended to cause any undue delay or prejudice any party.

DATED this 23rd day of December, 2020.

| McDONALD CARANO LLP | SILVER STATE LAW LLC |
|---|---|
| By: */s/ Matthew C. Addison*<br>Sallie B. Armstrong, Esq. (NSBN 1243)<br>Matthew C. Addison, Esq. (NSBN 4201)<br>Chelsea Latino, Esq. (NSBN 14227)<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501<br>(775) 788-2000<br>sarmstrong@mcdonaldcarano.com<br>maddison@mcdonaldcarano.com<br>clatino@mcdonaldcarano.com<br><br>*Attorneys for Peterson Power Systems, Inc.* | By: */s/ Jeffrey S. Spencer*<br>Jeffrey S. Spencer, Esq. (NSBN 9197)<br>Cody K. Marriott, Esq. (NSBN 14147)<br>190 W. Huffaker Lane, Suite 401<br>Reno, NV 89511<br>(775) 786-7445<br>jeff@sslawnv.com<br>cody@sslawnv.com<br><br>*Attorneys for Advanced Manufacturing & Power Systems, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-28-2020

4828-1166-1013, v. 1