**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>ADVANCED MANUFACTURING & POWER SYSTEMS, INC., a Florida corporation; ADVANCED MANUFACTURING & POWER SYSTEMS AZ, INC., an Arizona corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendant(s). | 2:20-cv-01670-VCF<br>**<u>ORDER</u>** |

Before me is the ex parte motion for extension of time to file opposition to motion for partial summary judgment (ECF No. 28).

Since this motion is filed as ex-parte, defendants received no notice of the filing of instant motion through CM/ECF.  Plaintiff has not provided the court sufficient reason to grant the relief on an ex parte basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an ex parte communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure.  Here, Plaintiff has not given sufficient reason why the instant motion was submitted as ex parte to the Court.

Accordingly,

The Clerk of Court is directed to remove the ex parte status on the motion for extension of time to file opposition to motion for partial summary judgment (ECF No. 28).

IT IS HEREBY ORDERED that a telephonic hearing, on the stipulation for extension of time to file opposition to motion for partial summary judgment (ECF No. 26) and the motion for extension of

time to file opposition to motion for partial summary judgment (ECF No. 28), is scheduled for 1:00 PM, November 18, 2021.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 17th day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE