Matthew C. Addison, Esq. (NSBN 4201)
Sallie B. Armstrong, Esq. (NSBN 1243)
Chelsea Latino, Esq. (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone:  (775) 788-2000
Facsimile: (775)788-2020
maddison@mcdonaldcarano.com
sarmstrong@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Peterson Power Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation, | CASE NO.: 2:20-cv-01670-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| ADVANCED MANUFACTURING & POWER SYSTEMS, INC., a Florida corporation; ADVANCED MANUFACTURING & POWER SYSTEMS AZ, INC., an Arizona corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, | |
| Defendants. | |
| ADVANCED MANUFACTURING & POWER SYSTEMS, INC., a Florida corporation, | |
| Counterclaimants, | |
| v. | |
| PETERSON POWER SYSTEMS, INC., a California corporation; and ZOES 21 through 30, inclusive, | |
| Counter-Defendants | |

Plaintiff/Counterdefendant PETERSON POWER SYSTEMS, INC., a California corporation ("Peterson" or "Plaintiff"), and Defendant/Counterclaimant ADVANCED MANUFACTURING & POWER SYSTEMS, INC., a Florida corporation ("AMPS Florida"), and Defendant ADVANCED MANUFACTURING & POWER SYSTEMS AZ, INC. ("AMPS AZ") (collectively referred to as "AMPS"), by and through their undersigned attorneys, hereby stipulate and agree to dismiss this action in its entirety with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 10th day of October, 2022.

| McDONALD CARANO LLP | SILVER STATE LAW LLC |
|---|---|
| By: /s/ Matthew C. Addison<br>Matthew C. Addison, Esq. (NSBN 4201)<br>Sallie B. Armstrong, Esq. (NSBN 1243)<br>Chelsea Latino, Esq. (NSBN 14227)<br>100 West Liberty Street, 10th Floor<br>Reno, NV 89501<br>(775) 788-2000<br>maddison@mcdonaldcarano.com<br>sarmstrong@mcdonaldcarano.com<br>clatino@mcdonaldcarano.com | By: /s/ Jeffrey S. Spencer<br>Jeffrey S. Spencer, Esq. (NSBN 9197)<br>Cody K. Marriott, Esq. (NSBN 14147)<br>190 W. Huffaker Lane, Suite 401<br>Reno, NV 89511<br>(775) 786-7445<br>jeff@sslawnv.com<br>cody@sslawnv.com |
| *Attorneys for Plaintiff/Counterdefendant* | *Attorneys for Defendants/Counterclaimant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-12-2022

4866-8007-6580, v. 1